IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
(SAN JOSE DIVISION)

|  |  |
|---|---|
| MICHAEL GECKLER, et al. | ) |
| Plaintiffs, | ) |
| v. | ) Case No. C04-05271 HRL |
| SARA LEE, INC., | ) |
| Defendant. | ) |

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

## CONSENT ORDER OF DISMISSAL

This day came all the parties to this action by their respective attorneys of record and advised the Court that they had compromised and settled all of the claims in this suit. Whereupon, on their joint motion, it is accordingly ORDERED, ADJUDGED AND DECREED that this action be, and the same hereby is, DISMISSED WITH PREJUDICE, with each party to pay their own costs.

And the Clerk of the Court is directed to forthwith certify a copy of this Order to each counsel of record.

ENTERED THIS __28th__ DAY OF __December__, 2005.

_____
Judge
United States District Court
Northern District of California
San Jose Division

12/28/05
DATE

1

**AGREED AND CONSENTED TO:**

*[signature]*

Lawrence P. Ramirez, Esq.
Brown & Ramirez, LLP
111 North Market Street
Suite 1010
San Jose, CA 95113
408-971-1119 – telephone
408-971-1129 – facsimile

Counsel for Plaintiffs

*[signature]*

Robert P. Floyd, III, Esq.
CONSTANGY, BROOKS & SMITH, LLC
4100 Monument Corner Drive
Suite 520
Fairfax, Virginia 22030
571-522-6100 – telephone
571-522-6101 – facsimile

Counsel for Defendant

2

## CERTIFICATE OF PROOF OF SERVICE

CASE NAME: GECKLER, ET AL. vs. SARA LEE, INC.

CASE NUMBER: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION, CASE NO. C04-05271 JW

I, the undersigned, declare as follows:

I am employed in the County of Santa Clara, State of California. I am over the age of 18 and not a party to the within action; my address is 111 North Market Street, Suite 1010, San Jose, California, 95113.

On the date below, I served the foregoing documents described as:

**CONSENT ORDER RE DISMISSAL**

on the following person(s) in this action:

> Robert P. Floyd, III
> Constangy, Brooks & Smith, LLC
> 4100 Monument Corner Drive, Suite 520
> Fairfax, Virginia 22030
>
> Richard Leasia
> Thelen Reid & Priest
> 225 West Santa Clara Street, Suite 1200
> San Jose, CA 95113-1723

__x__ (VIA MAIL) I deposited such envelopes in the mail at San Jose, California. The envelopes were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

____ (VIA FACSIMILE), by faxing said documents to the above-referenced person(s).

____ (VIA HAND DELIVERY) hand delivery of above said documents.

I declare under penalty of perjury under the laws of the State of California, and pursuant to 28 U.S.C. Sec. 1746, that the above is true and correct and that this declaration was executed at San Jose, California.

DATED: December 21, 2005

Lawrence P. Ramirez

- 1 -